AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _08- -175 -UNA_

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

___3/28/08___  
(Date forms issued)

___[signature]___  
(Signature of Party or their Representative)

___John S. Gray___  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

Grady & Hampton, LLC
6 North Bradford Street
Dover, DE  19904

Clerk
United States District Court
844 King Street, Room 4209
Lock Box 18
Wilmington DE  19801