```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE

BELINDA L. TOMPKINS,           )
                               )
           Plaintiff,          )
                               )
      v.                       )  CIVIL ACTION NO. 08-0175-SLR
                               )
MICHAEL J. ASTRUE,             )
Commissioner of                )
Social Security,               )
                               )
           Defendant.          )
```

## DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE HER ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Michael J. Astrue, Commissioner of Social Security, by his attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Dina White Griffin, Special Assistant United States Attorney for the same District, hereby moves the Court for an Enlargement of Time, extending the time for Defendant to file his answer to Plaintiff's complaint, and assigns the following reasons in support thereof:

1.  The complaint was filed on March 28, 2008.  However, the Defendant was never served with a copy of the summons and complaint.

2.  The Commissioner will file its answer to Plaintiff's complaint upon receiving a complete copy of the administrative record from The Office of Disability Adjudication and Review (ODAR).

3.  Defendant has contacted Plaintiff's counsel, John S. Grady, Esquire, who has no objections to the motion.

WHEREFORE, Defendant moves the Court for an Order, directing that the Commissioner be allowed to file his Answer to Plaintiff's Complaint on, or before, October 10, 2008.

                              Respectfully submitted,

By: /s/Dina White Griffin
    DINA WHITE GRIFFIN
    SPECIAL ASSISTANT UNITED
      STATES ATTORNEY
    Office of the General Counsel
    Social Security Administration
    P.O. Box 41777
    Philadelphia, Pennsylvania  19101
    215-597-1851
    215-597-4662 (FAX)

OF COUNSEL:

Michael McGaughran
  Regional Chief Counsel, Region III
Office of the General Counsel
Social Security Administration

```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE

BELINDA L. TOMPKINS,              )
                                  )
             Plaintiff,           )
                                  )
      v.                          )  CIVIL ACTION NO. 08-0175-SLR
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of                   )
Social Security,                  )
                                  )
             Defendant.           )
```

                                ORDER

    AND NOW, this _____ day of _____, 2008, upon consideration of Defendant's Motion for an Enlargement of Time, it is hereby **ORDERED** that the time in which Defendant may file his Answer to Plaintiff's complaint is enlarged to October 10, 2008.


                                           BY THE COURT:


                                           _____
                                                                       J.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this <u>15th</u> day of August, 2008, electronically filed Defendant's Motion for an Enlargement of Time with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: John S. Grady, Esquire, Grady and Hampton, 6 North Bradford Street, Dover, Delaware 19901, counsel for Plaintiff.

                                                <u>/s/Dina White Griffin</u>
                                                DINA WHITE GRIFFIN
                                                SPECIAL ASSISTANT UNITED
                                                    STATES ATTORNEY